Peter H. Barlow (Idaho Bar No. 4817)
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pbarlow@strongandhanni.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOYCE JORGENSEN,<br><br>            Plaintiff,<br><br>v.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY, a Washington Corporation licensed to do business in Idaho,<br><br>            Defendant. | **NOTICE OF REMOVAL**<br><br>Case No.: |

      Defendant Mutual of Enumclaw Insurance Company ("Enumclaw") by and through counsel, hereby petitions for removal of the above-entitled action from the Third Judicial District Court, State of Idaho, Canyon County to the United States District Court for the District of Idaho. By this Petition, Defendant gives notice of the removal of this action. This removal is made pursuant to 28 U.S.C. § 1441 and § 1446 and is proper based upon the following:

      1.      On June 15, 2017, Defendant was served with a Summons and Complaint and Demand for Jury Trial in an action entitled *Jorgensen v. Mutual of Enumclaw Insurance Company*, Civil No. 2017-6362, filed in the Third Judicial District Court, State of Idaho, Canyon County.  A

copy of the Notice of Summons, Summons and Complaint are attached to this petition as Exhibit "A".

2. The Complaint alleges that Plaintiff is a resident of Canyon County, Idaho. (*See* Compl., ¶1, Ex. A.)

3. Enumclaw is a Washington corporation. (*See* Compl., ¶2, Ex. A.)

4. The Complaint seeks underinsured motorist benefits up to $300,000. (*See* Compl., ¶18, Ex. A.)

5. The Complaint further alleges that Plaintiff seeks judgment against Enumclaw for attorney fees, consequential damages and emotional distress. (*See* Compl., Prayer for Relief, Ex. A.)

6. Plaintiff further alleges that she sent a proof of loss of her insurance claim dated September 1, 2016. (*See* Compl. ¶14, Ex. A.) That letter demands payment of Plaintiff's $300,000 policy limits.

7. Removal of this action is proper under 28 U.S.C. §1441(b) because the parties have diversity of citizenship, since Plaintiff is a resident of the State of Idaho and Defendant is a Washington Corporation, and Plaintiff has alleged damages in excess of the jurisdictional requirement of $75,000.

8. This Petition for Removal has been filed within thirty (30) days after service of the Complaint as required by 28 U.S.C. § 1441(b) and the removal is proper based upon the diversity of citizenship of the parties, therefore the requirements of U.S.C. § 1441(a) are met.

DATED this 5th day of July, 2017.

                            STRONG & HANNI

                            By   /S/ Peter H. Barlow
                                  Peter H. Barlow
                                  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of July, 2017, a true and correct copy of the foregoing **Petition for Removal** was served upon the following via the method indicated below:

| | | |
|---|---|---|
| Bruce D. Skaug | ( ) | U.S. Mail Postage Prepaid |
| Skaug Law, PC | ( ) | Hand Delivered |
| 1226 East Karcher Road | ( ) | Overnight Mail |
| Nampa, ID 83687 | (X) | Email |
| bruce@skauglaw.com | | |

                              /S/ Heidi McEwen