Andrew D. Wright, (pro hac vice)
Andrew B. McDaniel (pro hac vice
Peter H. Barlow (Idaho Bar No. 4817)
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
amcdaniel@strongandhanni.com
pbarlow@strongandhanni.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOYCE JORGENSEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY, a Washington Corporation licensed to do business in Idaho,<br><br>　　　　　　Defendant. | **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No.: 1:17-cv-00285-EJL<br><br>Judge: Edward J. Lodge |

The above parties, by and through counsel, hereby stipulate that Plaintiff's claims in the above matter have been resolved by way of settlement and can therefore be dismissed. Accordingly, the parties move the Court to enter an Order of Dismissal with Prejudice, with each party to bear its own costs and fees. A proposed Order is submitted herewith.

DATED this 7th day of September, 2018.

                                        STRONG & HANNI

                                        By____/S/ Andrew B. McDaniel_____
                                            Andrew D. Wright
                                            Andrew B. McDaniel
                                            Peter H. Barlow
                                            *Attorneys for Defendant*

DATED this ___ day of September, 2018.

                                        SKAUG LAW, PC

                                        By_____
                                            Nathan Gamel
                                            *Attorney for Plaintiff*

DATED this ___ day of August, 2018.

                              STRONG & HANNI

                              By_____
                                 Andrew D. Wright
                                 Andrew B. McDaniel
                                 Peter H. Barlow
                                 *Attorneys for Defendant*

DATED this 6th day of September, 2018.

                              SKAUG LAW, PC

                              By_____
                                 Nathan Gamel
                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of September, 2018, a true and correct copy of the foregoing **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE** was served upon the following via the method indicated below:

| | | |
|---|---|---|
| Nathan Gamel | ( ) | U.S. Mail Postage Prepaid |
| Skaug Law, PC | ( ) | Hand Delivered |
| 1226 East Karcher Road | ( ) | Overnight Mail |
| Nampa, ID 83687 | (X) | Email |
| nathan@skauglaw.com | | |

/S/ Heidi McEwen