UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOYCE JORGENSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY, a Washington Corporation licensed to do business in Idaho,<br><br>　　　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.:  1:17-cv-00285-EJL |

Based on the Stipulation and Motion for Dismissal with Prejudice, the Court finds good cause has been shown to grant the same. (Dkt. 22.)

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims that were or could have been brought in the above-referenced matter are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

DATED: September 17, 2018

_____
Honorable Edward J. Lodge
U.S. District Judge